UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL PRODUCTS INC,<br><br>Defendant. | CASE NO. C18-168 MJP<br><br>ORDER OF DISMISSAL |

On March 6, 2018, the Court entered an Order Regarding Initial Disclosures and Joint Status Report directing the parties to file a Joint Status Report by April 17, 2018. On April 24, 2018, following a failure to file the JSR, this Court issued a minute order giving the parties an additional two weeks to file the JSR and indicating that failure to file would result in sanctions up to and including dismissal of the action.

To date, the parties have still not filed a JSR as directed. Wherefore,

IT IS ORDERED that this matter is DISMISSED without prejudice for failure to attend to the orders of the Court and move the matter forward.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 19, 2018.

*[signature: Marsha J. Pechman]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge